IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE McCLENDON, | ) |
| | ) Case No. CV-05-87-S-BLW |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| HEWLETT-PACKARD COMPANY, a | ) |
| Delaware Corporation, | ) |
| | ) |
| Defendant. | ) |
| _____) | |

Pursuant to the parties' unopposed Motion and Stipulation (Docket No. 110), and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Hewlett-Packard Company's time in which to file its opposition to Plaintiff Mike McClendon's First Amended Complaint shall be extended ten business days after the Court issues its ruling on the motion to dismiss, which is Docket No. 71.



DATED: **September 21, 2005**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

Order - 1